UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA KELLAR, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN DOE; "DOE" SPOUSES; 2013 U-HAUL TITLING 2, LLC, incorrectly sued as U-HAUL TITLING, LLC; U-HAUL HOLDING COMPANY; and S 1–5,<br><br>  Defendants. | C25-1438 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulated motion to remand, docket no. 9, filed by plaintiff Sandra Kellar and named defendants 2013 U-Haul Titling 2, LLC (incorrectly sued as U-Haul Titling, LLC) and U-Haul Holding Company, is GRANTED. These parties having stipulated that the amount in controversy does not exceed $75,000, and all other defendants having not yet been identified, the Court concludes that it lacks subject matter jurisdiction, and this matter is immediately REMANDED to King County Superior Court. *See* 28 U.S.C. § 1447(c). No costs or attorney's fees will be awarded to either side.

(2) The Clerk is directed to CLOSE this case and to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of October, 2025.

Ravi Subramanian
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1